NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CATERPILLAR INC.,**
*Appellant*

**v.**

**WIRTGEN AMERICA, INC.,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2019-2206

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-02188.

_____

**JUDGMENT**

_____

DAVID MROZ, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant.

Also represented by JAMES R. BARNEY, JOSHUA GOLDBERG.

RYAN D. LEVY, Patterson Intellectual Property Law, PC, Nashville, TN, argued for appellee. Also represented by MARK ANDREW KILGORE, SETH R. OGDEN, WILLIAM E. SEKYI, JOHN FRANCIS TRIGGS; RALPH WILSON POWERS, III, JON WRIGHT, DANIEL YONAN, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 3, 2021            /s/ Peter R. Marksteiner
       Date                    Peter R. Marksteiner
                               Clerk of Court